**GLAZER, HAMMOND & RUBEN, PLLC**
508 N. Humphreys St.
Flagstaff, Arizona  86001
Phone (928) 213-5916
Fax    (928) 556-0984
**STEPHEN R. GLAZER**
State Bar No.  019481
steve@glazerhammond.com
**JACOB R. SMETS**
State Bar No. 034731
jacob@glazerhammond.com
Attorneys for the Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Hawkins Edwards,<br><br>Defendant. | No. MJ-22-04154-PCT-CDB-1<br><br>**MOTION TO SET INITIAL APPEARANCE HEARING** |

COMES NOW, Defendant, by and through undersigned counsel, hereby requests this matter be set for an Initial Appearance hearing. Undersigned Counsel further requests that if conducive to the Court's calendar, the Initial Appearance be set for a time on March 22, 2023, March 23, 2023 or March 24, 2023.

AUSA Paul V. Stearns has been contacted and does not object to this request.

Respectfully submitted this 15th day of March, 2023,


/s/ Stephen R. Glazer
Stephen R. Glazer
Attorney for Defendant

1  Copy of the foregoing transmitted
2  by ECF for filing and served
   on March 15, 2023, to:

3  Honorable Camille D. Bibles
   United States Magistrate Court
4  123 N. San Francisco Street, Suite 200
   Flagstaff, AZ 86001
5

6  Paul V. Stearns
   Assistant United States Attorney
7  123 N. San Francisco Street, Suite 410
   Flagstaff, AZ 86001
8
   A copy delivered to:
9  Defendant

10
   By: _____
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2