# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. MJ-22-04154-PCT-CDB-1 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Samuel Hawkins Edwards, | |
| Defendant. | |

Pursuant to the Motion to Set the Initial Appearance and good cause appearing therefore,

**IT IS HEREBY ORDERED** setting the Initial Appearance for Tuesday, March 28, 2023 at 11:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona. Defendant must appear in person.

**IT IS FURTHER ORDERED** that the defendant is instructed to call Pretrial Services immediately **(928)774-2109** or **(800) 221-8687** for a telephone interview.

Dated this 16th day of March, 2023.

Camille D. Bibles
United States Magistrate Judge