**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** March 28, 2023 |
| **USA v. Samuel Hawkins Edwards** | **Case Number:** 22-04154MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Paul V. Stearns
**Attorney for Defendant:** Stephen Robert Glazer, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**INITIAL APPEARANCE**
☒ Complaint Filed
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Court orders warrant quashed and Defendant to complete an identity record today.

**DETENTION HEARING:**    ☒ Held  ☐ Continued  ☐ Submitted  ☐ UA
PTS recommends  Release;  Gov't       ☒ concurs    ☐ objects
GOVERNMENT recommends Release.
☒ Court accepts recommendation by all parties.
☒ Defendant is advised on the record and signed Order Setting Conditions of Release and released on Judge's signature.

Defense Counsel advises the Court that discovery has been received and parties will engage in plea negotiations.

**Status Hearing** set for Thursday, April 27, 2023 at 11:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

| | | |
|---|---|---|
| **Recorded By** Courtsmart | **IA** | 5 min |
| **Deputy Clerk** Christina Davison | **DH** | 22 min |
| | **Start:** | **11:19 am** |
| | **Stop:** | **11:46 am** |